**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Richard Keith Duncan and Alice Duncan** | **Case #** |
| **Debtor(s)** | **CHAPTER 13** |

## CERTIFICATE OF SERVICE

I, Charles Laputka, Esq., certify that on November 24, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- CH 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Laputka Law Office, LLC

/s/Charles Laputka
Charles Laputka, Esq.
Attorney for Debtor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102
610/477-0155

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary:

Name :Scott F. Waterman, Trustee
Address: P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606
Relationship: CH 13 Trustee

Via:   CM/ECF        1st Class Mail         Certified Mail         X - e-mail: ECFMail@ReadingCh13.com
Other:

Name :Office of the US Trustee
Address: 833 Chestnut Street, Suite 500
Philadelphia, PA  19107
Relationship: US Trustee

Via:   CM/ECF        1st Class Mail         Certified Mail         X - e-mail: USTPRegion03.PH.ECF@usdoj.gov
Other:

Name: Creditor List attached hereto as an Exhibit

Via:   CM/ECF        X - 1st Class Mail         Certified Mail         e-mail:
Other: