American Express  
PO Box 981537  
El Paso, TX 79998

American Heritage FCU  
2060 Red Lion Road  
Philadelphia, PA 19115

Apple Card - GS Bank USA  
PO Box 7247  
Lockbox 6112  
Philadelphia, PA 19170-6112

Bank of America  
PO Box 982238  
El Paso, TX 79998

Capital One  
Po BOX 31293  
Salt Lake City, UT 84131

CB Indigo/CCI  
PO Box 4499  
Beaverton, OR 97076

CitiCards - CBNA  
5800 South Corporate Place  
Mail Code 234  
Sioux Falls, SD 57108

CitiCards CBNA  
5800 South Corporate Place - Mail Code 2  
Sioux Falls, SD 57108

CitiCards/CitiBank  
PO Box 6241  
Sioux Falls, SD 57117

Credit One Bank  
PO Box 98875  
Las Vegas, NV 89193

Discover Card  
PO Box 30939  
Salt Lake City, UT 84130

FB&T/Mercury  
PO Box 84064  
Columbus, GA 31908

Harley Davidson Financial  
222 W Adams - Ste 2000  
Chicago, IL 60606

JPMCB Card
PO Box 15369
Wilmington, DE 19850

Mission Lane Tab Bank
PO BOX 105286 SW #1340
Atlanta, GA 30348

Mohela
633 Spirit Dr
Chesterfield, MO 63005

NCSPlus Inc
110 East 30th St - 5th floor
New York, NY 10016

PennyMac
P.O. Box 514387
Los Angeles, CA 90051

People 1st FCU
2141 Downyflake Ln.
Allentown, PA 18103

PSECU
1500 Elmerton Avenue
Harrisburg, PA 17110

Sheffield Financial
PO Box 1847
Wilson, NC 27894

SYNCB/Amazon
PO Box 71727
Philadelphia, PA 19176

TBOM/ATLS/Aspire
5 Concourse pkwy Ste 400
Atlanta, GA 30328

TBOM/CCI MC
14600 Northwest Greenbrier Pkwy
Beaverton, OR 97006

The Home Depot/Citibank
PO BOX 6497
Sioux Falls, SD 57117

Upgrade Inc
275 Battery St - 22nd Floor
San Francisco, CA 94111

WebBank/Onemain/FIS
PO Box 3316
Evansville, IN 47732

```
WFBNA Card
PO Box 393
Minneapolis, MN 55480
```