# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Richard Keith Duncan            CHAPTER 13
       Alice Marie Duncan

            Debtor(s)            BKY. NO. 25-14782 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                      Respectfully submitted,

                                    /s/ Matthew Fissel
                                    Matthew Fissel
                                    12 Dec 2025, 15:09:51, EST

                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322