WWR# 042057463

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
AT READING

| IN RE: | CASE NO. 25-14782-pmm |
|---|---|
| RICHARD K DUNCAN | CHAPTER 13 |
| ALICE MARIE DUNCAN | JUDGE PATRICIA M. MAYER |
| DEBTOR(S) | |

**Notice of Appearance**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as Attorney for creditor, AMERICAN HERITAGE CREDIT UNION.

Please send all further communications, pleadings, court notices, and other documents intended for AMERICAN HERITAGE CREDIT UNION to undersigned Attorney.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ MILOS GVOZDENOVIC
MILOS GVOZDENOVIC
Attorney for Creditor
5990 West Creek Rd, Suite 200
CLEVELAND, OH 44131
877-338-9484
mgvozdenovic@weltman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 2ND day of January, 2026 addressed to:

CHARLES LAPUTKA, Attorney for Debtor
ECFNOTICES@LAPUTKALAW.COM

SCOTT F WATERMAN, Trustee
2901 SAINT LAWRENCE AVE STE 10
READING, PA 19606

OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

RICHARD K DUNCAN
836 E FEDERAL ST E
ALLENTOWN, PA 18103-5238

ALICE MARIE DUNCAN
836 E FEDERAL ST E
ALLENTOWN, PA 18103-5238

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ MILOS GVOZDENOVIC
MILOS GVOZDENOVIC
Attorney for Creditor
5990 West Creek Rd, Suite 200
CLEVELAND, OH 44131
877-338-9484
mgvozdenovic@weltman.com