UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                Chapter 13
       Richard Keith Duncan                   Bankruptcy No.25-14782-PMM
       Alice Marie Duncan

                  Debtors

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection*

*of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case

has been served this 16th day of March, 2026, by first class mail upon those listed below:

Richard Keith Duncan
Alice Marie Duncan
836 E Federal St
Allentown, PA  18103

**Electronically via CM/ECF System Only:**

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN, PA  18102

                                       */s/ Kristen Gliem*
                                       Kristen Gliem
                                       for
                                       Scott F. Waterman, Esquire
                                       Standing Chapter 13 Trustee