IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

2514782

DEBTOR(S):

RICHARD KEITH DUNCAN

ALICE MARIE DUNCAN

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 33 IN THE AMOUNT OF $8,465.83

CREDITOR'S SIGNATURE:

*/s/ Helga Ridgeway*

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

4/9/2026