United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Richard Keith Duncan

Alice Marie Duncan

    Debtors

Case No. 25-14782-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 16, 2026 | Form ID: 155 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Keith Duncan, Alice Marie Duncan, 836 E Federal St, Allentown, PA 18103-5238 |
| 15076051 | + | NCSPlus Inc, 110 East 30th St - 5th floor, New York, NY 10016-7393 |
| 15076053 | + | People 1st FCU, 2141 Downyflake Ln., Allentown, PA 18103-4937 |
| 15087853 | + | People First Federal Credit Union, 740 Hamilton St Suite 300, Allentown, PA 18101-2474 |
| 15076061 | + | WebBank/Onemain/FIS, PO Box 3316, Evansville, IN 47732-3316 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15089308 | + | Email/Text: BKRMailOps@weltman.com | Apr 17 2026 00:30:00 | AMERICAN HERITAGE CREDIT UNION, c/o Weltman, Weinberg, and Reis Co., L.P, 5990 West Creek Rd, Suite 200, Independence, OH 44131-2191 |
| 15076035 | + | Email/PDF: bncnotices@becket-lee.com | Apr 17 2026 00:35:03 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15090880 | | Email/PDF: bncnotices@becket-lee.com | Apr 17 2026 00:35:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15076036 | + | Email/Text: jvalencia@amhfcu.org | Apr 17 2026 00:30:00 | American Heritage FCU, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 15076037 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 17 2026 00:30:00 | Apple Card - GS Bank USA, PO Box 7247, Lockbox 6112, Philadelphia, PA 19170-6112 |
| 15076038 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 17 2026 00:29:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15095406 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 17 2026 00:29:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15080177 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 00:35:03 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15076040 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 17 2026 00:31:00 | CB Indigo/CCI, PO Box 4499, Beaverton, OR 97076-4499 |
| 15076039 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2026 00:35:25 | Capital One, Po BOX 31293, Salt Lake City, UT 84131-0293 |
| 15086801 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 17 2026 00:35:06 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15076041 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2026 00:35:06 | CitiCards - CBNA, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 15076042 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2026 00:35:27 | CitiCards CBNA, 5800 South Corporate Place - Mail Code 2, Sioux Falls, SD 57108-5027 |

District/off: 0313-4                    User: admin                                     Page 2 of 4

Date Rcvd: Apr 16, 2026                 Form ID: 155                                    Total Noticed: 51

| | | | |
|---|---|---|---|
| 15076043 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2026 00:35:16 | CitiCards/CitiBank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15095818 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2026 00:35:16 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15076044 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 17 2026 00:35:13 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 15076045 | + Email/Text: mrdiscen@discover.com | Apr 17 2026 00:29:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 15076046 | + Email/Text: Mercury@ebn.phinsolutions.com | Apr 17 2026 00:29:00 | FB&T/Mercury, PO Box 84064, Columbus, GA 31908-4064 |
| 15076047 | + Email/Text: bankruptcy.notices@hdfsi.com | Apr 17 2026 00:31:00 | Harley Davidson Financial, 222 W Adams - Ste 2000, Chicago, IL 60606-5307 |
| 15095465 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Apr 17 2026 00:29:00 | Harley-Davidson Credit Corp, PO Box 9013, Addison, Texas 75001-9013 |
| 15095356 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 17 2026 00:30:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15076048 | + Email/PDF: ais.chase.ebn@aisinfo.com | Apr 17 2026 00:35:25 | JPMCB Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 15083162 | + Email/Text: RASEBN@raslg.com | Apr 17 2026 00:29:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15080183 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 00:35:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15081644 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 17 2026 00:35:13 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15076049 | Email/Text: ml-ebn@missionlane.com | Apr 17 2026 00:29:00 | Mission Lane Tab Bank, PO BOX 105286 SW #1340, Atlanta, GA 30348 |
| 15076050 | Email/Text: EBN@Mohela.com | Apr 17 2026 00:30:00 | Mohela, 633 Spirit Dr, Chesterfield, MO 63005 |
| 15090675 | Email/Text: EBN@Mohela.com | Apr 17 2026 00:30:00 | US Department of Education/MOHELA, 633 Spirit Drive, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15084287 | + Email/PDF: cbp@omf.com | Apr 17 2026 00:35:12 | ONEMAIN FINANCIAL, PO BOX 981037, BOSTON, MA 02298-1037 |
| 15090696 | + Email/PDF: ebnotices@pnmac.com | Apr 17 2026 00:35:16 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15083808 | ^ MEBN | Apr 17 2026 00:27:39 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15091794 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2026 00:35:03 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15095986 | + Email/Text: bankruptcynotices@psecu.com | Apr 17 2026 00:31:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15076054 | + Email/Text: bankruptcynotices@psecu.com | Apr 17 2026 00:31:00 | PSECU, 1500 Elmerton Avenue, Harrisburg, PA 17110-9214 |
| 15076052 | + Email/PDF: ebnotices@pnmac.com | Apr 17 2026 00:35:16 | PennyMac, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 15096254 | Email/Text: bnc-quantum@quantum3group.com | Apr 17 2026 00:30:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 15083705 | Email/Text: bnc-quantum@quantum3group.com | Apr 17 2026 00:30:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA |

District/off: 0313-4                     User: admin                          Page 3 of 4

Date Rcvd: Apr 16, 2026                  Form ID: 155                         Total Noticed: 51

| | | | | 98083-0788 |
|---|---|---|---|---|
| 15076056 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Apr 17 2026 00:35:16 | SYNCB/Amazon, PO Box 71727, Philadelphia, PA 19176-1727 |
| 15076055 | + Email/Text: bankruptcy@bbandt.com | | Apr 17 2026 00:30:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 15091272 | Email/Text: bankruptcy@bbandt.com | | Apr 17 2026 00:30:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847/100-50-01-51, Wilson, NC 27894-1847 |
| 15076057 | + Email/Text: Atlanticus@ebn.phinsolutions.com | | Apr 17 2026 00:29:00 | TBOM/ATLS/Aspire, 5 Concourse pkwy Ste 400, Atlanta, GA 30328-9114 |
| 15076058 | + Email/Text: GenesisFS@ebn.phinsolutions.com | | Apr 17 2026 00:31:00 | TBOM/CCI MC, 14600 Northwest Greenbrier Pkwy, Beaverton, OR 97006-5745 |
| 15076059 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | Apr 17 2026 00:35:06 | The Home Depot/Citibank, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 15076060 | Email/Text: bknotice@upgrade.com | | Apr 17 2026 00:29:00 | Upgrade Inc, 275 Battery St - 22nd Floor, San Francisco, CA 94111 |
| 15076062 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | | Apr 17 2026 00:35:26 | WFBNA Card, PO Box 393, Minneapolis, MN 55480-0393 |
| 15096566 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | | Apr 17 2026 00:35:06 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 46

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15090881 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Joint Debtor Alice Marie Duncan ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| CHARLES LAPUTKA | on behalf of Debtor Richard Keith Duncan ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |

District/off: 0313-4                                   User: admin                                      Page 4 of 4
Date Rcvd: Apr 16, 2026                               Form ID: 155                                     Total Noticed: 51

MATTHEW K. FISSEL
                        on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MILOS GVOZDENOVIC
                        on behalf of Creditor AMERICAN HERITAGE CREDIT UNION mgvozdenovic@weltman.com  pitecf@weltman.com

SCOTT F. WATERMAN [Chapter 13]
                        ECFMail@ReadingCh13.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Richard Keith Duncan | ) | Case No. 25−14782−pmm |
| | ) | |
| | ) | |
| Alice Marie Duncan | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 16, 2026

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court