**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Richard Keith Duncan and**<br>    **Alice Duncan** | **Case # 25-14782** |
| **Debtor(s)** | **CHAPTER 13** |

**CERTIFICATE OF NO RESPONSE AND**
**REQUEST FOR ENTRY OF ORDER**

I, Charles Laputka, Esquire, counsel for the Debtors, hereby certify the following:

1.    The Motion to Modify Confirmed Plan was timely served on all interested parties as is shown on the certificate of service previously filed with the Motion.

2.    No objections, responses, or requests for hearing on the Application have been received, and as of June 10, 2026, a check of the electronic entries docketed in this case confirms that no objections, responses, or requests for hearing on the Motion have been filed.

WHEREFORE, Movant seeks the entry of the proposed order filed with the Motion, granting the requested relief.

Dated: June 10, 2026

/s/ *Charles Laputka, Esquire*
CHARLES LAPUTKA, Esquire
PA I.D. No. 91984
1344 West Hamilton Street
Allentown, PA 18102
Phone: (610) 477-0155
Facsimile: (484)350-3581