**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **Case #   25-14782** |
| **Richard Keith Duncan** | |
| **Alice Duncan** | |
| **Debtors** | **CHAPTER 13** |

**O R D E R**

    **AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Chapter 13 Plan (doc # 32, the "Motion"):

    It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Modified Plan (doc. # 31) is **APPROVED**.

**BY THE COURT:**

*Patricia M. Mayer*

**Date:**   6/11/26 _____

**PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**