United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 25-14782-pmm

Richard Keith Duncan                                                                   Chapter 13

Alice Marie Duncan

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 11, 2026 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Richard Keith Duncan, Alice Marie Duncan, 836 E Federal St, Allentown, PA 18103-5238 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: BKRMailOps@weltman.com | Jun 12 2026 00:40:00 | AMERICAN HERITAGE CREDIT UNION, c/o Weltman, Weinberg, and Reis Co., L.P, 5990 West Creek Rd, Suite 200, Independence, oh 44131-2191 |
| cr | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2026 00:38:53 | CACH LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2026 00:38:53 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O Box 10587, Greenville, SC 29603-0587 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2026                         Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2026 at the address(es) listed below:**

**Name**                         **Email Address**

District/off: 0313-4                         User: admin                                    Page 2 of 2

Date Rcvd: Jun 11, 2026                      Form ID: pdf900                           Total Noticed: 4

CHARLES LAPUTKA
                    on behalf of Joint Debtor Alice Marie Duncan ecfnotices@laputkalaw.com
                    jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

CHARLES LAPUTKA
                    on behalf of Debtor Richard Keith Duncan ecfnotices@laputkalaw.com
                    jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

MATTHEW K. FISSEL
                    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MILOS GVOZDENOVIC
                    on behalf of Creditor AMERICAN HERITAGE CREDIT UNION mgvozdenovic@weltman.com  pitecf@weltman.com

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **Case #   25-14782** |
| **Richard Keith Duncan** | |
| **Alice Duncan** | |
| **Debtors** | **CHAPTER 13** |

**O R D E R**

 **AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Chapter

13 Plan (doc # 32, the "Motion"):

 It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Modified Plan (doc. # 31) is **APPROVED**.

 **BY THE COURT:**

*Patricia M. Mayer*

 **Date:**    6/11/26    _____

 **PATRICIA M. MAYER**
 **U.S. BANKRUPTCY JUDGE**