Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Richard Keith Duncan
Alice Marie Duncan
836 E Federal St
Allentown, PA 18103

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-14782-PMM**

Petition Filed Date: 11/24/2025
341 Hearing Date: 01/06/2026
Confirmation Date: 04/16/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/18/2025 | $2,115.00 | | 01/26/2026 | $2,115.00 | | 03/03/2026 | $2,115.00 | |
| 03/27/2026 | $2,115.00 | | 04/27/2026 | $1,508.00 | | 05/18/2026 | $1,508.00 | |
| 06/18/2026 | $1,508.00 | | 07/17/2026 | $1,508.00 | | | | |

**Total Receipts for the Period: $14,492.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $16,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,996.00 | $3,996.00 | $0.00 |
| 1 | CACH, LLC<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | MERRICK BANK<br>»» 003 | Unsecured Creditors | $766.50 | $89.15 | $677.35 |
| 4 | JP MORGAN CHASE BANK NA<br>»» 004 | Unsecured Creditors | $2,226.17 | $258.94 | $1,967.23 |
| 5 | QUANTUM3 GROUP LLC<br>»» 005 | Unsecured Creditors | $1,506.83 | $175.27 | $1,331.56 |
| 6 | QUANTUM3 GROUP LLC<br>»» 006 | Unsecured Creditors | $1,775.74 | $206.56 | $1,569.18 |
| 7 | ONEMAIN FINANCIAL GROUP LLC<br>»» 007 | Unsecured Creditors | $3,542.42 | $412.04 | $3,130.38 |
| 8 | CAPITAL ONE BANK (USA) NA<br>»» 008 | Unsecured Creditors | $2,694.17 | $313.38 | $2,380.79 |
| 9 | CAPITAL ONE BANK (USA) NA<br>»» 009 | Unsecured Creditors | $627.53 | $73.00 | $554.53 |
| 10 | PEOPLE FIRST FEDERAL CREDIT UNION<br>»» 010 | Unsecured Creditors | $10,165.74 | $1,182.46 | $8,983.28 |
| 11 | PEOPLE FIRST FEDERAL CREDIT UNION<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | AMERICAN HERITAGE CREDIT UNION<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-14782-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | MOHELA ON BEHALF OF<br>»» 013 | Unsecured Creditors | $1,034.00 | $1,034.00 | $0.00 |
| 14 | PENNYMAC LOAN SERVICES LLC<br>»» 014 | Mortgage Arrears | $539.84 | $539.84 | $0.00 |
| 15 | AMERICAN EXPRESS NATIONAL BANK<br>»» 015 | Unsecured Creditors | $4,442.48 | $516.75 | $3,925.73 |
| 16 | AMERICAN EXPRESS NATIONAL BANK<br>»» 016 | Unsecured Creditors | $547.18 | $63.64 | $483.54 |
| 17 | SHEFFIELD FINANCIAL<br>»» 017 | Unsecured Creditors | $5,466.64 | $635.87 | $4,830.77 |
| 18 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $2,083.22 | $242.33 | $1,840.89 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $1,918.72 | $223.18 | $1,695.54 |
| 20 | LVNV FUNDING LLC<br>»» 020 | Unsecured Creditors | $1,435.20 | $166.93 | $1,268.27 |
| 21 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 021 | Unsecured Creditors | $2,878.86 | $334.87 | $2,543.99 |
| 22 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 022 | Unsecured Creditors | $336.14 | $39.10 | $297.04 |
| 23 | BANK OF AMERICA NA<br>»» 023 | Unsecured Creditors | $8,114.57 | $943.88 | $7,170.69 |
| 24 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 024 | Unsecured Creditors | $3,001.33 | $349.12 | $2,652.21 |
| 25 | HARLEY DAVIDSON CREDIT CORP<br>»» 025 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | CITIBANK NA<br>»» 026 | Unsecured Creditors | $3,175.44 | $369.36 | $2,806.08 |
| 27 | CITIBANK NA<br>»» 027 | Unsecured Creditors | $1,183.93 | $137.72 | $1,046.21 |
| 28 | PSECU<br>»» 028 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | QUANTUM3 GROUP LLC<br>»» 029 | Unsecured Creditors | $2,865.04 | $333.26 | $2,531.78 |
| 30 | WELLS FARGO BANK NEVADA NA<br>»» 030 | Unsecured Creditors | $7,708.37 | $896.63 | $6,811.74 |
| 31 | LVNV FUNDING LLC<br>»» 031 | Unsecured Creditors | $6,309.14 | $733.87 | $5,575.27 |
| 32 | LVNV FUNDING LLC<br>»» 032 | Unsecured Creditors | $2,784.47 | $323.88 | $2,460.59 |
| 33 | LVNV FUNDING LLC<br>»» 033 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | LVNV FUNDING LLC<br>»» 034 | Unsecured Creditors | $1,182.54 | $137.54 | $1,045.00 |
| 35 | LVNV FUNDING LLC<br>»» 035 | Unsecured Creditors | $338.97 | $39.43 | $299.54 |

**Chapter 13 Case No. 25-14782-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,000.00 | Current Monthly Payment: | $1,508.00 |
| Paid to Claims: | $14,768.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,232.00 | Total Plan Base: | $92,908.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.